UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DREW ARNOLD (#96979)  CIVIL ACTION

VERSUS

STATE OF LOUISIANA, ET AL.  NO.: 17-01592-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 4)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses *pro se* Plaintiff Drew Arnold's Complaint (Doc. 1). The Magistrate Judge recommended that Plaintiff's requested action be dismissed with prejudice as legally frivolous and for failure to state a claim upon which relief may be granted. (Doc. 4 at p. 5). Dismissal of claims brought by prisoners against a governmental entity or an officer or employee of a governmental entity that the Court deems frivolous is authorized under 28 U.S.C. §§ 1915(e) and 1915A. The Magistrate Judge further recommended that the Court decline supplemental jurisdiction relative to Plaintiff's potential state law claims. *Id.*

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (*Id.* at p. 1). Neither party objected. Having carefully considered the underlying Complaint and related filings,

the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 4)** is ADOPTED as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Petitioner's **Petition for Writ of Habeas Corpus (Doc. 1)** is DISMISSED WITH PREJUDICE, pursuant to 28 U.S.C. §§ 1915(e) and 1915A. A final judgment shall follow in accordance with Federal Rule of Civil Procedure 58.

Baton Rouge, Louisiana, this 28th day of October, 2019.

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**